AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Raymond Stavig<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:24-mj-00222

<span style="color:red">**SEALED**</span>

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____07/31/2024_____ in the county of _____Multnomah_____ in the
District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit of FBI TFO Nathan Hibbs.

☑ Continued on the attached sheet.

_____
/s/ by Phone
*Complainant's signature*

_____
Nathan Hibbs, FBI TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at 1:00 pm   a.m. / p.m

Date:  October 11, 2024

_____
*Judge's signature*

City and state:          Portland, Oregon

Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*